UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
1729 FIFTH AVENUE NORTH
SUITE 900
BIRMINGHAM, AL 35203

William H. Pryor Jr.  
Chief Judge

Telephone: (205) 278-2030  
Facsimile:  (205) 278-2025

August 21, 2025

Trey Granger, Clerk  
United States District Court  
Frank M. Johnson Jr.  
  United States Courthouse  
One Church Street  
Montgomery, AL 36104

Angela E. Noble, Clerk  
United States District Court  
Wilkie D. Ferguson Jr.  
  United States Courthouse  
400 North Miami Avenue  
Miami, FL 33128

Re:    Appointment for Case No. 2:25-cr-489, *United States v. Carl S. Charles*,  
       Middle District of Alabama

Dear Mr. Granger and Ms. Noble:

I appoint Chief Judge Cecelia M. Altonaga of the Southern District of Florida, to be assigned case no. 2:25-cr-489, *United States v. Carl S. Charles*, beginning August 21, 2025, and for any additional time that may be required to complete unfinished business.

Sincerely,

*[signature]*

William H. Pryor Jr.

c:    Chief Judge Emily Marks  
      Chief Judge Cecelia M. Altonaga