IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CR. NO. 2:25-cr-489-MHT-JTA ) |
| CARL S. CHARLES, | ) ) |
| Defendant. | ) ) |

## **MOTION TO CONTINUE**

COMES NOW Defendant Carl S. Charles and moves this Honorable Court to continue the trial of this matter and all related deadlines. As grounds therefore, Defendant states the following:

1. On September 8, 2025, the Court entered an Order (Doc. 11) setting this matter for trial on November 17, 2025.

2. In addition, on September 8, 2025, the government produced discovery consisting of over 2,000 pages of documents and audio evidence.

3. Sufficient and additional time is needed to prepare for trial.

4. Due to the schedules of the attorneys of record and multiple trial settings, Defendant requests a scheduling conference which could be conducted via telephone conference for the purpose of resetting the trial date.

5. Defendant Charles is aware of this request for continuance and agrees to waive his right to speedy trial as evidenced by the attached Exhibit A.

6. The government has no objection to a continuance of this matter or the setting of a scheduling conference.

WHEREFORE, Defendant respectfully requests that the trial of this matter and all related deadlines be continued, and further requests a scheduling conference to reset the trial date.

Respectfully submitted.

*/s/ William M. Espy*
William M. Espy (ASB-0707-A41E)
One of the Attorneys for Defendant

OF COUNSEL:

MELTON, ESPY & WILLIAMS, P.C.
Joe Espy, III (ASB-6591S82J)
Post Office Drawer 5130
Montgomery, AL 36103
Telephone:  334-263-6621
Facsimile:   334-263-7252
jespy@mewlegal.com
wespy@mewlegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and that a copy of same will be served on the below listed counsel of record via such system on this the 11th day of September, 2025.

James Patrick Lamb
Asst. U. S. Attorney
131 Clayton Street
Montgomery, Alabama 36104
james.labm@usdoj.gov

                                        */s/ William M. Espy*
                                        Of Counsel