IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:25-cr-489-MHT-JTA |
| | ) | |
| CARL S. CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF CARL S. CHARLES

STATE OF _Georgia_

COUNTY OF _Fulton_

I, Carl S. Charles being duly sworn, do hereby state under oath that the matters set forth herein are true and correct to the best of my knowledge, information, and belief.

1. I am the Defendant in this case. I am over the age of 19 years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. I am aware through discussions with my attorney that we are requesting a continuance of my trial setting of November 17, 2025.

3. I waive my right to a speedy trial and I desire a continuance of the trial date.

FURTHER AFFIANT SAYETH NOT.

Dated this the 11th day of September, 2025.

_____
Carl S. Charles

STATE OF Georgia )

) ss. **ACKNOWLEDGMENT**

COUNTY OF Fulton )

Before me, the undersigned, a Notary Public, duly commissioned, qualified and acting within the aforesaid State and County, appeared in person, Carl S. Charles, to me personally known, who signed, executed and delivered the foregoing instrument.

SUBSCRIBED AND SWORN TO by me, the undersigned authority, on the 11th day of September, 2025.

_____
Notary Public

My Commission Expires: 02/08/2028

MARGUERITE CARTER
NOTARY PUBLIC
FULTON COUNTY
STATE OF GEORGIA
Commission # W-00642528
My Comm. Expires Feb. 08, 2028