IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 2:25-cr-489-MHT-JTA |
| ) | |
| CARL S. CHARLES, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PERMISSION TO TRAVEL**

COMES NOW Defendant and moves this Court for permission to allow personal travel. As grounds for said Motion, Defendant shows the following:

1. On or about September 17, 2025, this Court entered an Order (Doc. 20) setting this matter for trial during the term of May 11, 2026.

2. The Order (Doc. 20) further stated that "Defendant is allowed to travel for work purposes without seeking prior approval of the Court."

3. Defendant requested permission from his probation officer for permission to travel to Arlington, Texas from October 30 to November 2, 2025, in order to attend a family member's 90th birthday celebration. The family member is in poor health and the family plans to walk in the Walking to End Alzheimer's event.

4. Such travel would be done via automobile.

5. Defendant's probation officer instructed him to seek permission from the Court for the personal travel since it is within the first sixty days of his probation.

6. The government has no objection to this request.

WHEREFORE, Defendant respectfully requests permission to travel to Arlington, Texas from October 30 to November 2, 2025, and to be able to travel for personal reasons in the first sixty days of his supervision without Court permission as described above.

                                                      Respectfully submitted.

                                                     */s/ William M. Espy*
                                                     William M. Espy (ASB-0707-A41E)
                                                     One of the Attorneys for Defendant

OF COUNSEL:

MELTON, ESPY & WILLIAMS, P.C.
Joe Espy, III (ASB-6591S82J)
Post Office Drawer 5130
Montgomery, AL 36103
Telephone:  334-263-6621
Facsimile:   334-263-7252
jespy@mewlegal.com
wespy@mewlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and that a copy of same will be served on the below listed counsel of record via such system on this the 24th day of September, 2025.

James Patrick Lamb
Asst. U. S. Attorney
131 Clayton Street
Montgomery, Alabama 36104
james.labm@usdoj.gov

                                                     */s/ William M. Espy*
                                                   Of Counsel