IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:25-cr-489-CMA-JTA |
| | ) |
| CARL S. CHARLES | ) |

## **ORDER**

Before the Court is Defendant's unopposed Motion for Permission to Travel. (Doc. No. 22.) Defendant seeks permission to travel to Arlington, Texas from October 30 to November 2, 2025, for a family birthday celebration. (*Id*.) Because the government has no objection to this request, and for good cause shown, it is ORDERED as follows:

1. Defendant's Motion for Permission to Travel (Doc. No. 22) is GRANTED.

2. Defendant may travel to Arlington, Texas from October 30 to November 2, 2025.

3. Defendant shall coordinate this travel with his supervising pretrial services officer.

DONE this 24th day of September, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE