IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-489-CMA-JTA-1 |
| | ) | |
| CARL S. CHARLES | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held by telephone on October 15, 2025, before the undersigned Magistrate Judge.  Present at this conference were Joe Espy, II and William Espy, counsel for the defendant, and Assistant United States Attorney Patrick Lamb, counsel for the government.  As a result of the conference, it is hereby

ORDERED as follows:

1.  Proposed voir dire questions shall be filed on or before **two weeks before jury selection.**  Counsel should not include questions seeking information which is provided in the jury questionnaire.

2.  All motions in limine shall be filed on or before **April 3, 2026**.[1]

3.  Proposed jury instructions shall be filed on or before **two weeks before jury selection.**

4.  **Each party shall have available at the time of trial, for use by the court and opposing counsel, four copies of the exhibit list and four copies of each photostatically reproducible exhibit listed.**

---

[1] *See* Doc. No. 20.

5. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **April 13, 2026**.[2] The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 16th day of October, 2025.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[2] *See* Doc. No. 20.