IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:25-cr-489-MHT-JTA |
| | ) | |
| CARL S. CHARLES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW Defendant and moves the Court for leave to file under seal a motion

relating to the Order Dismissing Indictment (Sealed Doc. 30).  As grounds for said Motion,

Defendant states that he seeks modification of the sealed Order.

Respectfully submitted.


/s/ William M. Espy
William M. Espy (ASB-0707-A41E)
One of the Attorneys for Defendant

OF COUNSEL:

MELTON, ESPY & WILLIAMS, P.C.
Joe Espy, III (ASB-6591S82J)
Post Office Drawer 5130
Montgomery, AL 36103
Telephone:  334-263-6621
Facsimile:  334-263-7252
jespy@mewlegal.com
wespy@mewlegal.com

## CERTIFICATE OF SERVICE

   I hereby certify that I filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and that a copy of same will be served on the below listed counsel of record via such system on this the 1st day of June, 2026.

Kevin Davidson
Office of the U. S. Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Alabama 36104
Kevin.P.Davidson@usdoj.gov

             */s/ William M. Espy*
             Of Counsel