IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR. NO. 2:25-cr-489-MHT-JTA |
| | ) |
| CARL S. CHARLES, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

The Court upon considering the Defendant's Motion for Leave to File Under Seal is of the opinion it is due to be granted.  THEREFORE, Defendant is permitted to file his Motion under seal regarding modification of the sealed Order Dismissing Indictment.

Done this the ___ day of _____, 2026.


_____
United States District Court Judge


cc:    All counsel of record